

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Ewing Insurance Services, Inc. and Charles
Candler, Appellants

No. 06-18-00090-CV          v.

Texas Independent Automobile Dealers
Association, and Juan Sabillon and Brent
Rhodes, Individually, Appellees

Appeal from the 200th District Court of
Travis County, Texas (Tr. Ct. No. D-1-GN-
18-003251).   Opinion delivered by Chief
Justice Morriss, Justice Burgess and Justice
Stevens participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.   Therefore, we reverse and remand the judgment of the trial court only as to Ewing's claims for negligent misrepresentation.   We affirm the remainder of the trial court's judgment.

We further order that each party shall bear it's own costs of appeal.

RENDERED APRIL 12, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk